THE MERCHANTS' BANK OF CANADA, Appellant and Respondent, *v.* DE GRASSE LIVINGSTON, Appellant and Respondent.

(Argued November 19, 1879 ; decided December 9, 1879.)

REPORTED below, 17 Hun, 321.

*Samuel Hand* for appellant.

*H. H. Anderson* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

———

WILLIAM H. H. CHILDS, Respondent, *v.* THE WILLIAMS- BURGH CITY FIRE INSURANCE COMPANY, Appellant.

(Argued November 24, 1879 ; decided December 9, 1879.)

*E. H. Benn* for appellant.

*N. C. Moak* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.